**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01605-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

TERRANCE M. FARRELL III,

    Plaintiff,

v.

DENVER HEALTH MEDICAL CENTER,
DOCTOR GREG KELLERMEYER,
CITY AND COUNTY OF DENVER, COLORADO,
DOWNTOWN DENVER DETENTION CENTER, and
SHERIFF KERRY WILSON,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

    Plaintiff is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Minimum Center in Buena Vista, Colorado.  On June 19, 2013, Plaintiff submitted to the Court a Civil Complaint and a Motion to File Without Payment of Filing Fee.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the Complaint is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ prisoner's trust fund statement is not for the full 6-month period immediately preceding this filing and it is not **certified**
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) _X_ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) _X_ is not on proper form (must use the Court's current form used in filing prisoner complaints revised on 10/1/12)
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) ___ other: _____

**Complaint, Petition or Application**:
(11) ___ is not submitted
(12) _X_ is not on proper form
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in "Section A. Parties" of the complaint form
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___ other: _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner Complaint form and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the Complaint and action will be dismissed without further notice.

DATED June 20, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge
