**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01605-BNB

TERRANCE M. FARRELL III,

      Plaintiff,

v.

DENVER HEALTH MEDICAL CENTER,
DOCTOR GREG KELLERMEYER,
CITY AND COUNTY OF DENVER, COLORADO,
DOWNTOWN DENVER DETENTION CENTER, and
SHERIFF KERRY WILSON,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff has filed a Motion to Pay for Copies (+) Postage, ECF No. 10, a Request for Admission, ECF No. 11, and a Request for Production of Documents, ECF No. 12. Plaintiff's Motion to Pay is denied as inappropriate.  Plaintiff does not have a constitutional right to photocopies.  Furthermore, both Requests are denied as premature.

Dated:  August 7, 2013

---