**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-001605-BNB

TERRANCE M. FARRELL, III,

    Plaintiff,

v.

SHERIFF KERRY WILSON,
CITY AND COUNTY OF DENVER,
DR. CHRISTIAN STOB,
DR. PETER CRUM,
DR. GREG KELLERMEYER,
DENVER HEALTH MEDICAL CENTER, and
ANY INSURANCE CARRIER FOR DENVER, CITY OF DENVER HEALTH,
    Insurance Company for Appropriate Time Period,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff, a *pro se* litigant, has requested, in ECF No. 20, that the Court initiate service. An attempt to initiate service in the instant action, nonetheless, is premature and the request is DENIED. Service of process shall not issue until further order of the Court.

Dated: September 17, 2013