**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01605-BNB

TERRANCE M. FARRELL, III.,

     Plaintiff,

v.

DOCTOR GREG KELLERMEYER,
DOCTOR CHRISTIAN STOB,
DENVER HEALTH MEDICAL CENTER,
DENVER HEALTH CEO - ARTHUR H. GONZALEZ,
INSURANCE CARRIER FOR DENVER HEALTH MEDICAL CENTER,
DENVER COUNTY SHERIFF KERRY WILSON, and
CITY AND COUNTY OF DENVER, COLORADO,

     Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     This matter is before the Court on Plaintiff's Motion to Amend Pleadings (ECF No. 25) and Motion Asking for Legal Assistance (ECF No. 27).

     To the extent Plaintiff asks for the appointment of counsel to represent him for the second time (ECF No. 27), the request is DENIED as premature.

     On October 16, 2013, the Court ordered Plaintiff to file within thirty days an amended complaint on the court-approved form that alleges the personal participation of each defendant (ECF No. 24).  Two days later, Plaintiff filed a Motion to Amend Pleadings (ECF No. 25).  Any information in Plaintiff's Motion to Amend should be included in the amended complaint requested by the Court's October 16, 2013 Order. Accordingly, Plaintiff's Motion to Amend Pleadings (ECF No. 25) is DENIED as unnecessary.

     Plaintiff has **thirty (30) days from date of this Minute Order** in which to file an amended complaint as requested by the Court.  Failure to do so within the time allowed may result in the dismissal of some claims against some defendants or dismissal of the entire complaint and action without further notice.

Dated:  October 22, 2013