IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01605-BNB

TERRANCE M. FARRELL, III.,

    Plaintiff,

v.

GREG KELLERMEYER,
ANY INSURANCE CARRIER FOR DR. GREG KELLERMEYER,
CHRISTIAN STOB,
ANY INSURANCE CARRIER FOR DR. CHRISTIAN STOB,
MEDICAL ADMINISTRATOR OF DOWNTOWN DENVER DETENTION CENTER,
PATIENT ADVOCATE FOR DENVER HEALTH MEDICAL CENTER,
DENVER HEALTH AND HOSPITAL AUTHORITY,
SHERIFF OF DENVER COUNTY, [GARY WILSON],
DENVER SHERIFF DEPUTY [MICKELSON],
DENVER SHERIFF DEPUTY [SHERROD]
DENVER SHERIFF DEPUTY [TOMSICK],
DENVER SHERIFF DEPUTY [NORRGARD],
DENVER SHERIFF DEPUTY [SINGLETON],
DENVER SHERIFF DEPUTY [BLAINE],
CITY AND COUNTY OF DENVER, COLORADO, and
ANY INSURANCE CARRIER FOR CITY AND COUNTY OF DENVER, COLORADO,

    Defendants.

ORDER DIRECTING PLAINTIFF TO FILE
THIRD AND FINAL AMENDED COMPLAINT

    Plaintiff, Terrance M. Farrell, is a prisoner in the custody of the Colorado Department of Corrections incarcerated at Sterling Correctional Facility in Sterling, Colorado.  He initiated this action by submitting *pro se* a "Civil Complaint" asserting a deprivation of his constitutional rights.  The Court ordered Mr. Farrell to submit his claims on the court-approved Prisoner Complaint form, which he did on August 28, 2013 (ECF No. 17).

    On September 17, 2013, Magistrate Judge Boyd N. Boland reviewed the

Prisoner Complaint and determined that it was deficient because it failed to allege the personal participation of each defendant in a deprivation of his constitutional rights. Magistrate Judge Boland directed Plaintiff to file an amended complaint within thirty days of the September 17 Order (ECF No. 21).  Plaintiff filed an amended Prisoner Complaint on October 4, 2013 (ECF No. 23).

On October 16, 2013, Magistrate Judge Boland reviewed the Amended Complaint and determined that it did not comply with the Court's September 17 Order. Therefore, the Court ordered Plaintiff to file a second amended complaint on the court-approved form that alleges facts to show the personal participation of each named defendant (ECF No. 24).  On November 15, 2013, Plaintiff filed a second Amended Prisoner Complaint (ECF No. 29).  Plaintiff, however, failed to include the Parties (Section A) and Jurisdiction (Section B) sections of the prisoner complaint form.

The Court must construe the Second Amended Complaint liberally because Mr. Farrell is not represented by an attorney.  See Haines v. Kerner, 404 U.S. 519, 520-21 (1972); Hall v. Bellmon, 935 F.2d 1106, 1110 (10th Cir. 1991).  However, the Court should not act as an advocate for pro se litigants.  See Hall, 935 F.2d at 1110.  The Court has reviewed the Complaint and has determined that it is deficient.  It appears that Mr. Farrell has made some effort to comply with the Court's prior order to amend, and Plaintiff will be given one additional opportunity to file a pleading that complies with the Court's orders.

Accordingly, it is

ORDERED that Plaintiff, Terrance M. Farrell, has **thirty (30) days from date of this Order** to file a third amended prisoner complaint on the court-approved form, **including all pages and sections of the complaint**.  It is

FURTHER ORDERED that failure to file an amended prisoner complaint that

complies with this order within the time allowed will result in the dismissal of the entire complaint and action without further notice.

DATED November 20, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge