IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-01605-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:             March 18, 2014 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                                                    *Counsel:*

TERRANCE M. FARRELL, III,                          *appearing pro se*

    Plaintiff,

v.

GREG KELLERMEYER, *et al.*,                       Patrick A. Singer
                                                                        Evan P. Lee
    Defendants.                                                 Jessica R. Allen

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  STATUS CONFERENCE**
**Court in session:        10:07 a.m.**
Court calls case.  Appearances of counsel and *pro se* Plaintiff.

The court addresses Plaintiff regarding the purpose of the status conference and his pending motions before the court.

For the reasons stated on the record, it is

**ORDERED:**        *Petition for a Writ of Habeas Corpus* [Doc. No. 58, filed 3/11/2014] is **DENIED**.

The court states it will treat **Second Request to Add Previous Parties to this Civil Action** [Doc. No. 59] as a Motion for Reconsideration.

**ORDERED:**        *Second Request to Add Previous Parties to this Civil Action* [Doc. No. 59, filed 3/11/2014] is **DENIED**.

**ORDERED:**        Plaintiff's **Jury Demand** [Doc. No. 62, filed 3/14/2014] is **DENIED as moot**.

Discussion regarding briefing on Defendants' **Motion to Dismiss** [Doc. No. 56]. Plaintiff requests an additional 30 days to file a response.

**ORDERED:** Plaintiff's response to Defendants' *Motion to Dismiss* [Doc. No. 56] must be filed **on or before April 25, 2014**.

Discussion between the court and the Plaintiff regarding the formatting of his pleadings and a stay of discovery, including the issuance of summons.

**ORDERED:** All discovery shall be **STAYED** pending completion of briefing on Defendants' *Motion to Dismiss* [Doc. No. 56].

The court notes once briefing is completed, it will set the matter for a further status conference.

HEARING CONCLUDED.
**Court in recess**: **10:35 a.m.**
Total time in court:  00:28

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.