IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-01605-MSK-CBS | Date: June 5, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

TERRANCE M. FARRELL, III                 *Pro Se* (by telephone)

Plaintiff,

v.

GREY KELLERMEYER, et al.                 Patrick Singer
                                         Evan Lee
                                         Jessica Allen

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:  STATUS CONFERENCE**
**Court in session: 10:01 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Motion to Dismiss for Failure to State a Claim [56].  The Court will be converting the exhaustion issue into a Motion for Summary Judgment.

The Court suggests that all parties read Calbart v. Sauer decided on 12/6/12 and Darris v. McCall decided on 7/8/13.  A copy of both cases will be mailed to the Plaintiff.

**ORDERED:**   Motion to Request Ruling and Attorney Registration Numbers [74] is **DENIED AS MOOT**.

Motion to Amend/Correct/Modify Amended Complaint [76] is **DENIED WITHOUT PREJUDICE**.  The Plaintiff can renew the Motion after the Court rules on the pending Motion to Dismiss [56].

Motion to Clarify/Correct [79] is **DENIED**.

>Motion for Request for Sanctions or a Compromissum [84] is **DENIED**.
>
>Platiniff's Oral Motion regarding employment status of Jessica Allen is **DENIED.**
>
>Motion to Release Defendant Stob [88] is **GRANTED**.
>
>Both parties may file supplemental briefs on or before July 7, 2014 for Motion to Dismiss for Failure to State a Claim [56].

Hearing Concluded.

**Court in recess: 10:57 a.m.**
Time in court: 00:56

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.