IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01605-MSK-CBS

TERRANCE M. FARRELL, III,
    Plaintiff,
v.

GREG KELLERMEYER,
DENVER SHERIFF DEPUTY [MICKELSON],
DENVER SHERIFF DEPUTY [SHERROD],
DENVER SHERIFF DEPUTY [TOMSICK],
DENVER SHERIFF DEPUTY [SINGLETON], and
CITY AND COUNTY OF DENVER, CO,
    Defendants.

ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

Magistrate Judge Craig B. Shaffer

    This civil action is before the court for service of the Third Amended Prisoner Complaint (Doc. # 31) on Defendant Greg Kellermeyer.  Pursuant to the Order Referring Case dated January 28, 2014 (Doc. # 42), this case was referred to the Magistrate Judge.  On September 11, 2013, Mr. Farrell was granted permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (*See* Doc. # 19).  It is now

    ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from Defendant Greg Kellermeyer at 777 Bannock St, Denver, CO 80204.  If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Third Amended Prisoner Complaint (Doc. # 31) and summons upon Defendant Kellermeyer.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be

advanced by the United States.  It is

       FURTHER ORDERED that all Defendant Kellermeyer shall respond to the Third Amended Prisoner Complaint (Doc. # 31) within 21 days after service of process on him.

       Dated at Denver, Colorado this 17th day of June, 2014.

                                    BY THE COURT:

                                    s/ Craig B. Shaffer
                                    United States Magistrate Judge