IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01605-MSK-CBS

TERRANCE M. FARRELL, III,
    Plaintiff,
v.

GREG KELLERMEYER,
DENVER SHERIFF DEPUTY [MICKELSON],
DENVER SHERIFF DEPUTY [SHERROD],
DENVER SHERIFF DEPUTY [TOMSICK],
DENVER SHERIFF DEPUTY [SINGLETON], and
CITY AND COUNTY OF DENVER, CO,
    Defendants.

ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

Magistrate Judge Craig B. Shaffer

    This civil action is before the court for service of the Third Amended Prisoner Complaint (Doc. # 31) on Defendant Greg Kellermeyer.  Pursuant to the Order Referring Case dated January 28, 2014 (Doc. # 42), this case was referred to the Magistrate Judge.  On September 11, 2013, Mr. Farrell was granted permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (*See* Doc. # 19).  It is now

    ORDERED that, if appropriate, pursuant to supplemental information provided by Mr. Farrell, the Clerk of the Court shall attempt to obtain a waiver of service from Defendant Greg Kellermeyer at 7701 Sheridan Blvd., Westminister, CO 80003.  If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Third Amended Prisoner Complaint (Doc. # 31) and summons upon Defendant Kellermeyer.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these

documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that all Defendant Kellermeyer shall respond to the Third Amended Prisoner Complaint (Doc. # 31) within 21 days after service of process on him.

Dated at Denver, Colorado this 21st day of July, 2014.

BY THE COURT:

 s/ Craig B. Shaffer
United States Magistrate Judge