IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01605-MSK-CBS

TERRENCE M. FARRELL, III,
    Plaintiff,
v.

GREG KELLERMEYER,
CITY AND COUNTY OF DENVER, CO., and
CHRISTIAN STOB,[1]
    Defendants.

---

ORDER GRANTING SERVICE OF SUBPOENA BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Farrell's "Motion for Assistance with Serving" a subpoena to produce documents. Pursuant to the Order Referring Case dated January 28, 2014 (Doc. # 42) and the memorandum dated August 12, 2015 (Doc. # 158), this matter was referred to the Magistrate Judge. The court having reviewed the Motion, the entire case file, and the Subpoena and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Mr. Farrell's "Motion for Assistance with Serving" a subpoena to produce documents (filed August 10, 2015) (Doc. # 156) is GRANTED.

    2.    The Clerk of the Court shall forward copies of this Order and the Subpoena (Doc. # 156-1) to the United States Marshal for service.

---

[1] The District Judge has not yet clarified her Opinion and Order regarding the Recommendation of United States Magistrate Judge that Defendant Stob be dismissed pursuant to Mr. Farrell's "Motion to Release Defendant Stob" and the Courtroom Minutes/Minute Order dated June 5, 2014 and that the City and County of Denver be dismissed based on the failure to exhaust prerequisite administrative remedies. (See Docs. # 142, # 139, # 131, # 88, # 89).

3. The United States Marshal shall serve copies of the Subpoena (Doc. # 156-1) on the Medical Records Custodian and/or the Medical Grievance Coordinator of the Denver County Jail, mailing address P.O. Box 1108, Denver, CO 80201, physical address 10500 E. Smith Rd, Denver, CO 80239.   All costs of service shall be advanced by the United States.

Dated at Denver, Colorado this 17h day of August, 2015.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge