IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01605-MSK-CBS

TERRENCE M. FARRELL, III,
    Plaintiff,
v.

GREG KELLERMEYER,
CITY AND COUNTY OF DENVER, CO., and
CHRISTIAN STOB,
    Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Farrell's "Motion to Use Court's Xmission [sic] Facilities."  Pursuant to the Order Referring Case dated January 28, 2014 (Doc. # 42) and the memorandum dated September 23, 2015 (Doc. # 174), this matter was referred to the Magistrate Judge.  The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises,

    IT IS ORDERED that Mr. Farrell's "Motion to Use Court's Xmission [sic] Facilities" (filed September 22, 2015) (Doc. # 171) is denied as a motion and treated as his clarification in response to the Minute Order entered by the court on September 18, 2015 (Doc. # 17).

    Dated at Denver, Colorado this 23rd day of September, 2015.

                                                BY THE COURT:

                                                s/Craig B. Shaffer
                                        United States Magistrate Judge