IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-01605-MSK-CBS | Date: November 13, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                   *Counsel:*

TERRANCE M. FARRELL, III,                    *Pro se* (by phone)

Plaintiff,

v.

GREG KELLERMEYER, *et al.,*                  Amanda MacDonald
                                             Patrick Singer

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING: STATUS CONFERENCE**
**Court in session: 09:13 a.m.**
Court calls case.  Appearances of counsel.

Mail addressed to the Plaintiff has been returned to the court as undeliverable.  The court verifies the Plaintiff's address and asks the Plaintiff to inquire with the jail as to why the mail is being returned.

Discussion regarding *[194] Opinion and Order of Clarification*.  The only claims going forward in this case are the claims against Defendant Kellermeyer.

Further discussion and argument regarding pending motions.

**ORDERED:**   *[197] Motion to Disqualify Dr. Christian Stob* is **DENIED.**

Pursuant to *[131] Recommendation of United States Magistrate Judge*, Defendant Christian Stob was dismissed from this case.  The docket sheet will be changed to reflect this.

**ORDERED:**   *[196] Motion to Address Defendant's Answer(s) and Disregard Any Request Therein* is **GRANTED in part and DENIED in part.**  The motion is granted to the extent it seeks a signed verification.  The Defendant is ordered to send a signed verification as stated on the record.

*[184]Motion to Increase Number of Interrogatories* is **GRANTED in part and DENIED in part**.  The motion is denied to the extent is seeks leave to serve 100 interrogatories.  Mr. Farrell's second set of interrogatories are deemed as served today and Defendant Kellermeyer shall send a signed verification that the answers were signed under oath.

*[177] Non-Party Denver Sheriff Department's Motion to Quash Subpoena Duces Tecum* is **DENIED**.  The Sheriff's Department is required to produce the following documents in response to Mr. Farrell's subpoena on or before **December 2, 2015**:

> 1.) Records that reflect inmate name, address, phone number, and mug shot for all prisoners housed in Unit 3C on March 19, 2013, and
> 2.) To the extent that those housing records also indicate an address that a particular inmate had at the time of his or her arrest, those documents shall be produced.

*[180] Motion to Compel* is **DENIED without prejudice.**  Mr. Farrell may file a new motion to compel that is direct to the substantive responses to specific interrogatories.

Mr. Farrell withdraws *[198] Expert Witness Endorsement*.

**ORDERED:**  *[198] Expert Witness Endorsement* is **WITHDRAWN.**

Hearing Concluded.

**Court in recess: 10:29 a.m.**
Time in court: 01:16

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.