IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-01605-MSK-CBS | Date:  January 21, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                                    *Counsel:*

TERRANCE M. FARRELL, III,                              *Pro se* (by phone)

Plaintiff,

v.

GREG KELLERMEYER, *et al.,*                            Patrick Singer

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 03:05 p.m.**
Court calls case.  Appearances of counsel.

This hearing is to address all pending referred motions.

**ORDERED:**     [232] *Motion to Compel* is **DENIED without prejudice.**

[234] *Motion to Quash Subpoena Duces Tecum* is **DENIED without prejudice.**

[230] *Motion to Request Assistance With the Service of Process* is **DENIED.**

Mr. Singer tenders discovery requests and responses to the court.  Mr. Singer sent a declaration for interrogatory #4 to Mr. Farrell last Friday.  Mr. Farrell has not received the declaration.  Mr. Singer will check with his staff to ensure it was sent.

**ORDERED:**     [238] *Motion to Compel* is **DENIED without prejudice** as it does not comply with Local Rule 37.1**.**  Mr. Farrell may re-file his motion to compel and must attach a copy of the discovery requests as drafted as well as the responses.

Discussion regarding pending motions for summary judgment.

HEARING CONCLUDED.

**Court in recess: 04:29 p.m.**
Total time in court: 01:24

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.